## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK | Purchased/Filed:<br>Index #  7:22-CV-00802-NSR |

*EMANUELE STEVENS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*    Plaintiff

against

*PEPSICO, INC., ET AL*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Scott Schuster_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 3, 2022_____, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND PLAINTIFF'S ORIGINAL FED. R. CIV. P. 23 CLASS AND FLSA COLLECTIVE ACTION COMPLAINT on

_____PEPSICO, INC._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __46__    Approx. Wt: __195__    Approx. Ht: __5'9"__
Color of skin: __White__    Hair color: __Lt. Brown__    Sex: __Female__    Other: _____

Sworn to before me on this

__3rd__ day of February 2022

*HM* (signature)

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2024

Scott Schuster
**Attny's File No.**
Invoice•Work Order # S1871910

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**