UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUELE STEVENS, individually and on behalf of all others similarly situated,<br><br>-against-<br><br>PEPSICO INC. *et al.* | Case No. 7:22-CV-00802-NSR<br><br>ORDER OF CONSOLIDATION |

Came on to be considered the Parties' Joint Motion to Consolidate, and having reviewed the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED that the following matters are consolidated in their entirety into this case:

*Marshall v. PepsiCo, Inc.*, No. 7:22-cv-02370-PMH

*Tschudy v. PepsiCo., Inc.*, No. 1:22-cv-04212-ALC

*Drobsch v. PepsiCo, Inc.*, No. 1:22-cv-004216-ALC

*Smith v. PepsiCo, Inc.*, No. 1:22-cv-04238-NSR

It is further ORDERED that this matter, *Emanuele Stevens v. PepsiCo, Inc.*, No. 7:22-ccv-00802-NSR, shall be designated the lead for these consolidated matters.

_____          _____
Date                                                         Nelson S. Roman
                                                                   United States District Judge