UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUELE STEVENS, individually and on behalf of all others similarly situated,<br><br>-against-<br><br>PEPSICO INC. *et al.*<br><br>**This document relates to the lead case and the following members:**<br>　*Mitchell v. PepsiCo, Inc.,*<br>　　No. 1:22-cv-04555-ER<br>　*Parrish v. Frito-Lay North Am., Inc. et al.*<br>　　No. 1:22-cv-04556-UA<br><br>**Additional members:**<br>　*Marshall et al. v. PepsiCo, Inc. et al.,*<br>　　No. 7:22-cv-02370-NSR<br>　*Tschudy v. PepsiCo, Inc.,*<br>　　No. 1:22-cv-04212-NSR<br>　*Drobsch v. PepsiCo, Inc.,*<br>　　No. 1:22-cv-04216-NSR<br>　*Smith v. PepsiCo, Inc.,*<br>　　No. 1:22-cv-04238-NSR | Lead Case No. 7:22-CV-00802-NSR<br><br>**ORDER OF CONSOLIDATION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/6/2022 |

Came on to be considered the Parties' Amended Joint Motion to Consolidate Additional Cases, and having reviewed the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED that the following matters are consolidated in their entirety into this case:

　*Mitchell v. PepsiCo, Inc.*, No. 1:22-cv-04555-ER

　*Parrish v. Frito-Lay North America, Inc.*, No. 1:22-cv-04556-UA

It is further ORDERED that this matter, *Emanuele Stevens v. PepsiCo, Inc.*, No. 7:22-cv-00802-NSR, shall remain designated the lead for all consolidated matters.

The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 40 & 41.

The Parties have represented to the Court that they seek consolidation of the matters for the purpose of having a global settlement.

      SO ORDERED.

DATED: July 6, 2022
White Plains, NY

                                                Nelson S. Román
                                                United States District Judge