UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUELE STEVENS, individually and on behalf of all others similarly situated,<br><br>-against-<br><br>PEPSICO INC. *et al.*<br><br>**This document relates to the lead case and the following members:**<br>   *Poulson v. PepsiCo, Inc. et al.*,<br>      No. 1:22-cv-05196-NSR<br>   *White v. PepsiCo, Inc.*,<br>      No. 7:22-cv-05198-NSR<br>   *Ellis v. PepsiCo, Inc.*,<br>      No. 7:22-cv-05200-UA<br><br>**Additional members:**<br>   *Marshall et al. v. PepsiCo, Inc. et al.*,<br>      No. 7:22-cv-02370-NSR<br>   *Tschudy v. PepsiCo, Inc.*,<br>      No. 1:22-cv-04212-NSR<br>   *Drobsch v. PepsiCo, Inc.*,<br>      No. 1:22-cv-04216-NSR<br>   *Smith v. PepsiCo, Inc.*,<br>      No. 1:22-cv-04238-NSR<br>   *Mitchell v. PepsiCo, Inc.*,<br>      No. 1:22-cv-04555-NSR<br>   *Parrish v. Frito-Lay North Am., Inc. et al.*,<br>      No. 1:22-cv-04556-NSR<br>   *Irving-Millentree v. PepsiCo, Inc.*,<br>      No. 1:22-cv-04784-NSR<br>   *Winger v. The Quaker Oats Company*,<br>      No. 1:22-cv-04828-NSR<br>   *Vidaud v. PepsiCo, Inc. et al.*,<br>      No. 1:22-cv-04850-NSR<br>   *Madriz et al. v. PepsiCo, Inc. et al.*<br>      No. 1:22-cv-04851-NSR | Lead Case No. 7:22-CV-00802-NSR<br><br>**ORDER OF CONSOLIDATION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/6/2022 |

Came on to be considered the Parties' Second Joint Motion to Consolidate Additional Cases, and having reviewed the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

The Parties have represented to the Court that they seek consolidation of the matters for the purpose of having a global settlement.

It is therefore ORDERED that the following matters are consolidated in their entirety into this case:

*Poulson v. PepsiCo, Inc. et al.*, No. 1:22-cv-05196-NSR

*White v. PepsiCo, Inc.*, No. 1:22-cv-05198-NSR

*Ellis v. PepsiCo., Inc.*, No. 7:22-cv-05200-UA

It is further ORDERED that this matter, *Emanuele Stevens v. PepsiCo, Inc.*, No. 7:22-cv-00802-NSR, shall remain designated the lead for all consolidated matters.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 45.

SO ORDERED.

DATED: July 6, 2022  
White Plains, NY

_____  
Nelson S. Román  
United States District Judge