# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUELE STEVENS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO INC., BOTTLING GROUP, LLC, CB MANUFACTURING COMPANY, INC., FL TRANSPORTATIONS, INC., FRITO-LAY, INC., GOLDEN GRAIN, INC., GRAYHAWK LEASING, LLC, JUICE TRANSPORT, INC., NEW BERN TRANSPORT CORPORATION, PEPSI NORTHWEST BEVERAGES, LLC, PEPSI-COLA SALES & DISTRIBUTION, INC., PEPSI-COLA BEVERAGE SALES, LLC, PEPSICO SALES, INC., QUAKER MANUFACTURING, LLC, ROLLING FRITO-LAY SALES, LP, SVC MANUFACTURING, INC., TROPICANA MANUFACTURING CO., TROPICANA PRODUCT SALES, INC., TROPICANA SERVICES, INC.,<br><br>Defendants.<br><br>MOISES MADRIZ AND RODNEY ULLOA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC.; NAKED JUICE CO.; NAKED JUICE CO. OF GLENDORA, INC.; TROPICANA PRODUCTS, INC.; and TROPICANA SERVICES, INC.,<br><br>Defendants. | CASE NO. 7-22-cv-00802-NSR<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMEMNT; (2) CERTICATION OF THE PROPOSED SETTLEMENT CLASSES; (3) CONDITIONAL CERTIFICATION OF THE PROPOSED FLSA COLLECTIVE; (4) APPOINTMENT OF THE UNDERSIGNED COUNSEL AS CLASS COUNSEL; (5) APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT; (6) APPROVAL OF THE SETTLEMENT ADMINISTRATOR; (7) AN INJUNCTION UNDER THE ALL WRITS ACT ENJOINING RELATED STATE COURT CASES; AND (8) SCHEDULING A FAIRNESS HEARING FOR FINAL APPROVAL OF THE SETTLEMENT** |

| | |
|---|---|
| RICARDO VIDAUD and JORGE MENDOZA, *each individually and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| SETH MARSHALL and MATTHEW WHITE, *individually and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| PEPSICO INC., BOTTLING GROUP, LLC, and CB MANUFACTURING COMPANY, INC., | ) ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| TYRELL KING, *individually and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| KENNETHA MITCHELL, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) ) |
| DONEDWARD WHITE, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) ) |
| JAMAL WINGER, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE QUAKER OATS CO.., | ) ) ) |
| Defendant. | ) ) ) |

|  |  |
|---|---|
| ALLISON POULSON, *individually and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PEPSICO INC. d/b/a PFS and FRITO-LAY, INC. | ) ) ) ) |
| Defendants. | ) ) |
| ROBNEY IRVING-MILLENTREE, *individually and on behalf of all others similarly situated*, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) ) |
| TRACY ELLIS, *individually and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) ) |

| | |
|---|---|
| THOMAS PARRISH, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FRITO-LAY NORTH AMERICA, INC. and PEPSICO, INC. | ) ) ) ) |
| Defendants. | ) ) ) |
| DEVIN DROBSCH, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) ) |
| JOSHUA SMITH, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PEPSICO INC., | ) ) ) |
| Defendant. | ) ) ) |

| | |
|---|---|
| JACOB TSCHUDY, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PEPSICO INC., | ) ) |
| Defendant. | ) ) ) |

**PLEASE TAKE NOTICE** that upon the Declaration of Seth R. Lesser, dated July 15, 2022, together with the exhibits annexed thereto; and the accompanying memorandum of law, Plaintiffs, by and through their undersigned counsel, shall jointly move this Court, Honorable Nelson S. Román, United States District Judge, on a date to be determined by the Court, for an Order as follows: (i) granting preliminary approval of the proposed class and collective action settlement ("Settlement") set forth in the Settlement Agreement ("Settlement Agreement"), attached as Exhibit A to the Declaration of Seth R. Lesser; (ii) certifying the proposed settlement classes, for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); (iii) conditionally certifying the proposed FLSA Collective, for settlement purposes only, under 28 U.S.C. 216(b); (iv) appointing the undersigned as Class Counsel; (v) approving the proposed Notice of the Settlement attached to the Settlement Agreement, (vi) approving the Settlement Administrator; (vii) enjoining related state court cases pursuant to this Court's authority under the All Writs Act; and (vii) scheduling a fairness hearing for final approval of the Settlement.

  Per the Court's Order (ECF Docket No. 54), this notice of motion and the supporting papers are being filed in the first-captioned case, above, which is the lead settlement case.

Rye Brook, New York
Dated:  July 15, 2022        Respectfully submitted,

               **KLAFTER LESSER LLP**
                */s/ Seth R. Lesser*
               Seth R. Lesser Bar No. SL5560
               Christopher M. Timmel Bar No. CT9831
               Two International Drive, Suite 350
               Rye Brook, NY 10573
               Telephone: (914) 934-9200
               E-mail: seth@klafterlesser.com
               E-mail: christopher.timmel@klafterlesser.com

               **SCOTT & WINTERS LAW FIRM, LLC**
                */s/ Ryan A. Winters*
               Joseph F. Scott
               (*admitted pro hac vice*)
               Ryan A. Winters
               (*admitted pro hac vice*)
               Kevin M. McDermott II
               (*admitted pro hac vice*)
               The Caxton Building
               812 Huron Rd. E., Suite 490
               Cleveland, OH 44115
               Telephone: 216-912-2221
               jscott@ohiowagelawyers.com
               rwinters@ohiowagelawyers.com
               kmcdermott@ohiowagelawyers.com

               **PARMET PC**
                */s/ Matthew S. Parmet*
               Matthew S. Parmet
               (*admitted pro hac vice*)
               3 Riverway, Ste. 1910
               Houston, TX 77056
               Telephone:  713-999-5228
               matt@parmet.law

               **MORGAN & MORGAN, P.A.**
                */s/ Andrew R. Frisch*
               Andrew R. Frisch
               8151 Peters Road, Ste. 4000

>Plantation, FL 33324
>Telephone: 954-318-0268
>AFrisch@forthepeople.com
>
>*Attorneys for Plaintiffs, Proposed FLSA Settlement Collective, and Proposed Fed. R. Civ. P. 23 Settlement Class and Subclasses*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following counsel of record:

>Linda H. Joseph, Esq.
>Ginger D. Schröder, Esq.
>SCHRÖDER, JOSEPH & ASSOCIATES, LLP
>394 Franklin St., 2nd Floor
>Buffalo, NY 14202
>Phone (713) 881-4901
>Fax (716) 881-4909
>Email: ljoseph@sjalegal.com
>
>Alison Ashmore
>Dykema Gossett PLLC
>1717 Main Street
>Suite 4200
>Dallas, TX 75201
>214-462-6400
>Fax: 866-781-2975
>Email: aashmore@dykema.com

>**KLAFTER LESSER, LLP**
>
>/s/ Seth R. Lesser
>Seth R. Lesser